BROOME COUNTY ATTORNEYS OFFICE • BROOME COUNTY OFFICE BUILDING
GOVERNMENT PLAZA • BINGHAMTON, N.Y. 13901

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

AUDREY HORTON,

Plaintiff,

v.

BROOME COMMUNITY COLLEGE and
Carol A. Ross-Scott in her individual capacity,

Defendants.

**Notice of Retainer**

**Civil Action No. 3:21-CV-1156**

PLEASE TAKE NOTICE, that Robert G. Behnke, Broome County Attorney, has been retained by Defendants Broome County Community College and Carol Ross-Scott in the above-entitled action, and Defendants hereby demand that copies of all proceedings in this action subsequent to the Summons and Complaint be served upon Robert G. Behnke, Broome County Attorney at his offices at Edwin L. Crawford County Office Building, P.O. Box 1766, Binghamton, New York 13902

Dated: October 29, 2021

ROBERT G. BEHNKE
Broome County Attorney
Broome County Attorney's Office
Edwin L. Crawford County Office Building
PO Box 1766
60 Hawley Street
Binghamton, NY 13902
(607) 778-2117