UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

AUDREY HORTON
Plaintiff,

vs.

BROOME COMMUNITY COLLEGE, and
Carol A. Ross-Scott in her individual capacity
Defendants.

Civil Action No.: 21-cv-1156 (BKS/MK)

## STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their attorneys, that whereas no person not a party has an interest in the subject matter of this action, and the above entitled action be, and the same is hereby, discontinued with prejudice in consideration of the Settlement Agreement executed by the parties on December 17, 2021 (plaintiff) and December 22, 2021 (defendants), with the General Release attached thereto.

This Stipulation may be filed without further notice with the Clerk of the Court.

By: /s Thomas Marcelle
Dated: December 21, 2021

Thomas Marcelle, Esq., Bar No. 102117
Adam G. Giangreco, Esq., Bar No. 517518
*Attorneys for Plaintiffs*

Marcelle Law
61 Devonshire Dr.
Slingerlands, New York 12159
Tel: 518-424-9275
Email: tjmarcelle88@gmail.com

Giangreco Law Group PC
2390 Western Ave
Guilderland, NY 12084
Tel: 716-984-7035
adamgiangreco@protonmail.com.com

BROOME COUNTY ATTORNEY'S OFFICE

By: ______________________
Dated: 1/11, 2022

Robert G. Behnke, County Attorney, Bar No. 101121
*Attorneys for Defendants*

60 Hawley Street, P.O. Box 1766
Binghamton, New York 13902
Tel: 607-778-2117
Fax: 518-616-0676
Email: robert.behnke@broomecounty.us

SO ORDERED:

Brenda K Sannes
Hon. Brenda K. Sannes, U.S.D.C.J.

Dated: January 19, 2022